STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

LUISA MEDEIROS

VS.

C.A. NO: 07- 2530

MERCK & CO., INC., ALIAS
And/or DOE CORPORATION,
ALIAS and/or JOHN DOE and/or
JANE DOE, ALIAS individually as
agents of MERCK & CO., INC.
and/or Doe Corporation, Alias

**COMPLAINT**

COUNT I

1. The Plaintiff, Luisa Medeiros, is a resident of the City of East Providence, County of Providence, State of Rhode Island.

2. The Defendant, Merck & Co., Alias upon information and belief is a foreign corporation authorized to do business in the State of Rhode Island and operating pursuant to Rhode Island Law with sufficient minimum contacts to assert jurisdiction.

3. The Defendant, Doe Corporation, Alias whose identity is presently unknown but expected to he revealed through discovery is upon information and belief a corporation and/or business entity with sufficient minimum contacts with the State of Rhode Island to satisfy an assertion of jurisdiction.

4. The Defendants, John Doe, Alias and/or Jane Doe, Alias whose identities are presently unknown but expected to be revealed through discovery are upon information and belief individuals with sufficient minimum contacts with the State of Rhode Island to satisfy an assertion of jurisdiction and are being sued individually and in their capacity as agents of Defendant, Merck & Co., Alias, and/or Doe Corporation, Alias.

5. On or about August 20, 2004, the Plaintiff, Luisa Medeiros, sustained personal injuries as a result of the negligence of Defendant(s) causing her medical expenses and treatment and pain and suffering.

WHEREFORE, the Plaintiff demands judgment against Defendant(s), joint and severally plus interest, costs, and all other relief this Honorable Court deems just and proper.

COUNT II

6. The Plaintiff, Luisa Medeiros reasserts Paragraphs one through five of her complaint as if fully set forth herein.

M00BC09906

7. On or about August 20, 2004 Plaintiff, Luisa Medeiros sustained personal injuries as a result of taking a defective product namely Vioxx, that was retailed and/or distributed and/or Manufactured by Defendant(s).

WHEREFORE, the Plaintiff demands judgment against Defendant(s), joint and severally plus interest, costs, and all other relief this Honorable Court deems just and proper.

LUISA MEDEIROS,
By her attorney,

FAY LAW ASSOCIATES, INC. by
Christopher E. Fay, Esq. #4651
917 Reservoir Avenue
Cranston, RI 02910
(401) 944-9600

**PLAINTIFF DEMANDS TRIAL BY JURY**

M00BC0907

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[ ] PROVIDENCE/BRISTOL [.] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. ..........................

LUISA MEDEIROS
**Plaintiff**

MERCK & CO., INC., ALIAS ET AL
**Defendant**

***Summons***

*To the above-named Defendant:* Merck & Co., Inc. afs: CT Corporation System, 10 Weybosset Street, Providence, RI 02903

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Plaintiff's attorney, whose address is Christopher E. Fay, Esq. #4651 917 Reservoir Avenue, Cranston, RI 02910 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

Dated: ..........................

**(Seal of the Superior Court)**

TRUE COPY ATTEST:
EDWIN J. SEMPER, JR.
CONSTABLE
DATE 5/18/07
6/05

S- 135 (REV. 10/00)

M00BC09908

**CT** CORPORATION
A WoltersKluwer Company

## Service of Process Transmittal

05/18/2007
Log Number 512235573

RECEIVED
MAY 21 2007

**TO:** Debra A Bollwage, Assistant Secretary
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ, 08889-0100

**RE:** **Process Served in Rhode Island**

**FOR:** Merck & Co., Inc. (Domestic State: NJ)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Luisa Medeiros, Pltf. vs. Merck & Co., Inc., et al. Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Superior Court Providence/Bristol, RI<br>Case # None Specified |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - injured on 8/20/2004 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Providence, RI |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/18/2007 at 13:00 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Days - exclusive of day of service |
| **ATTORNEY(S) / SENDER(S):** | Christopher E. Fay, Esq.<br>917 Reservoir Avenue<br>Cranston, RI, 02910 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Priority Overnight, 798678208899 |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 10 Weybosset Street - 9th Floor<br>Providence, RI, 02903 |
| **TELEPHONE:** | 401-861-7400 |

Page 1 of 1 / JC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
05/18/2007
Log Number 512235573

**TO:** Debra A Bollwage, Assistant Secretary
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ, 08889-0100

**RE:** **Process Served in Rhode Island**

**FOR:** Merck & Co., Inc. (Domestic State: NJ)

RECEIVED [illegible] 21 [illegible] LEGAL RECORDS

Sherrie, CT revised the cover sheet. Kim

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Luisa Medeiros, Pltf. vs. Merck & Co., Inc., et al. Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Superior Court Providence/Bristol, RI<br>Case # None Specified |
| **NATURE OF ACTION:** | Product Liability Litigation - Drug Litigation - personal injury as a result of taking Vioxx -injured on 8/20/2004 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Providence, RI |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/18/2007 at 13:00 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Days - exclusive of day of service |
| **ATTORNEY(S) / SENDER(S):** | Christopher E. Fay, Esq.<br>917 Reservoir Avenue<br>Cranston, RI, 02910 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Priority Overnight, 798678208899 |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 10 Weybosset Street - 9th Floor<br>Providence, RI, 02903 |
| **TELEPHONE:** | 401-881-7400 |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents

M0BC09910

TOTAL P.01