**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LUISA MEDEIROS<br><br>Plaintiff,<br><br>V.<br><br>MERCK & CO., INC., ALIAS and/or DOE CORPORATION, ALIAS and/or JOHN DOE and/or JANE DOE, ALIAS individually as agents of MERCK & CO., INC., and/or Doe Corporation, Alias<br><br>Defendants. | : | C.A. No. 07-00188S |

**CORPORATE DISCLOSURE STATEMENT**

Defendant Merck & Co., Inc., has no parent corporation and is unaware of any publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,
MERCK & CO., INC.
By its attorneys,

/s/ Christine K. Bush

Christine K. Bush (#5587)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
Tel: (401) 455-0700
Fax: (401) 455-0701

Dated: May 24, 2007

## CERTIFICATE OF SERVICE

I hereby certify that the within ***Corporate Disclosure Statement*** was filed through the ECF system on the 24th day of May, 2007, and will be sent electronically to the below-named counsel who is a registered participant, identified on the Notice of Electronic Filing:

Christopher E. Fay, Esq.
Fay Law Associates, Inc.
917 Reservoir Avenue
Cranston, Rhode Island 02910
(401) 944-9600

/s/ Christine K. Bush

*H:\Clients\Merck\Medeiros\Pleadings\USDC RI\Corporate Disclosure Statement.DOC*