STA OF RHODE ISLAND AND PROVIDENCE F ITATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: PC-2007-2530 LUISA MEDEIROS V MERCK AND CO INC

Filing Date: 05-17-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: MALPRACTICE/OTHER
Status Date: 05-23-2007

Plaintiff: LUISA MEDEIROS
ID: @10905771

Attorney: CHRISTOPHER FAY

Defendant: MERCK AND CO INC
ID: @10905773

Defendant: AGENTS OF MERCK AND CO INC
ID: @10905776

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-17-2007 | COMPLAINT FILED | |
| 05-17-2007 | INITIAL FILING FEE | |
| 05-17-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP248826. |
| 05-22-2007 | NOTICE OF REMOVAL | Affiliated: MERCK AND CO INC |
| 05-23-2007 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT # CA 07 188S<br>Affiliated: MERCK AND CO INC |
| 05-23-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island