**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

LUISA MEDEIROS :
:
Plaintiff, :
:
V. :
:
MERCK & CO., INC., ALIAS and/or : C.A. No. 07-00188S
DOE CORPORATION, ALIAS and/or :
JOHN DOE and/or JANE DOE, ALIAS :
individually as agents of MERCK & CO., INC., :
and/or Doe Corporation, Alias :
:
Defendants. :

## STIPULATION TO STAY PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

The parties by their undersigned counsel hereby stipulate to stay all pre-trial proceedings in this action, pending its likely transfer to *In re VIOXX Products Liab. Litig.* (MDL-1657) by the Judicial Panel on Multidistrict Litigation.

LUISA MEDEIROS
By his Attorneys,

/s/ Christopher E. Fay (with permission)
Christopher E. Fay, Esq.
Fay Law Associates, Inc.
917 Reservoir Avenue
Cranston, Rhode Island 02910
(401) 944-9600

MERCK & CO., INC.
By its Attorneys,

/s/ Christine K. Bush
Christine K. Bush (#5587)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
Tel: (401) 455-0700
Fax: (401) 455-0701

H:\Clients\Merck\Medeiros\Pleadings\USDC RI\Stipulation to Stay.doc