STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

LUISA MEDEIROS

VS.

C.A. NO: 07- 2530

MERCK & CO., INC., ALIAS
And/or DOE CORPORATION,
ALIAS and/or JOHN DOE and/or
JANE DOE, ALIAS individually as
agents of MERCK & CO., INC.
and/or Doe Corporation, Alias

# COMPLAINT

## COUNT I

1. The Plaintiff, Luisa Medeiros, is a resident of the City of East Providence, County of Providence, State of Rhode Island.

2. The Defendant, Merck & Co., Alias upon information and belief is a foreign corporation authorized to do business in the State of Rhode Island and operating pursuant to Rhode Island Law with sufficient minimum contacts to assert jurisdiction.

3. The Defendant, Doe Corporation, Alias whose identity is presently unknown but expected to he revealed through discovery is upon information and belief a corporation and/or business entity with sufficient minimum contacts with the State of Rhode Island to satisfy an assertion of jurisdiction.

4. The Defendants, John Doe, Alias and/or Jane Doe, Alias whose identities are presently unknown but expected to be revealed through discovery are upon information and belief individuals with sufficient minimum contacts with the State of Rhode Island to satisfy an assertion of jurisdiction and are being sued individually and in their capacity as agents of Defendant, Merck & Co., Alias, and/or Doe Corporation, Alias.

5. On or about August 20, 2004, the Plaintiff, Luisa Medeiros, sustained personal injuries as a result of the negligence of Defendant(s) causing her medical expenses and treatment and pain and suffering.

WHEREFORE, the Plaintiff demands judgment against Defendant(s), joint and severally plus interest, costs, and all other relief this Honorable Court deems just and proper.

## COUNT II

6. The Plaintiff, Luisa Medeiros reasserts Paragraphs one through five of her complaint as if fully set forth herein.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

M00BC09806

7. On or about August 20, 2004 Plaintiff, Luisa Medeiros sustained personal injuries as a result of taking a defective product namely Vioxx, that was retailed and/or distributed and/or Manufactured by Defendant(s).

WHEREFORE, the Plaintiff demands judgment against Defendant(s), joint and severally plus interest, costs, and all other relief this Honorable Court deems just and proper.

LUISA MEDEIROS,
By her attorney,

FAY LAW ASSOCIATES, INC. by
Christopher E. Fay, Esq. #4651
917 Reservoir Avenue
Cranston, RI 02910
(401) 944-9600

**PLAINTIFF DEMANDS TRIAL BY JURY**

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

M00BC09907